UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MIKEL BEE | * | CIVIL ACTION NO. _____ |
| | * | |
| VS. | * | JUDGE _____ |
| | * | |
| | * | MAGISTRATE _____ |
| | * | |
| CAMPBELL TRANSPORTATION COMPANY, INC. | * | |

*************************************************************************

## COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

NOW INTO COURT, through undersigned counsel comes Plaintiff, MIKEL BEE, who files his Complaint against Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., and, in support thereof, would show unto the Court the following:

### PARTIES

1.

Named Plaintiff herein is MIKEL BEE, a person of majority age, and residing in Mobile County, Alabama.

2.

Named Defendant herein is CAMPBELL TRANSPORTATION COMPANY, INC., a foreign corporation authorized to do and doing business in the State of Louisiana and within the jurisdiction of this Honorable Court.

### JURISDICTION AND VENUE

3.

This Honorable Court has jurisdiction over this matter pursuant to the Jones Act, 46 U.S.C. §30104 et seq., and the General Maritime Law of the United States. Venue is proper in accordance with 28 U.S.C. § 1391 (b)(2).

## FACTS

4.

Plaintiff, MIKEL BEE, is an American seaman protected by the Jones Act, 46 U.S.C. §30104 et seq.

5.

Plaintiff, MIKEL BEE, would show that this lawsuit has become necessary as a result of occupational injuries he sustained on or about May 29, 2022. On or about May 29, 2022, employees and/or agents of Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., negligently caused Plaintiff to sustain injuries in the course and scope of his employment as tankerman and deckhand aboard the M/V DUKE.

6.

At all times pertinent herein, Plaintiff, MIKEL BEE, was employed by Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., as a seaman and member of the crew of the M/V DUKE, a towing vessel.

7.

At all times pertinent herein the M/V DUKE was owned, operated, manned, provisioned, and/or controlled by Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., and said vessel was further manned, provisioned, operated, and/or controlled by Defendant, CAMPBELL TRANSPORTATION COMPANY, INC. At all relevant times, the M/V DUKE was a vessel in the navigable waters for the Mississippi River near New Orleans, Louisiana with two tank barges in tow.

8.

At the time of the occurrence, Plaintiff, MIKEL BEE, was working aboard the M/V DUKE. At the time of the occurrence, Plaintiff was working under the direction and control of Defendant, and he was tasked with cleaning the two tank barges to prepare them to load new liquid cargo. The barges were not equipped with self-cleaning equipment. In order to remove the dregs of the previous cargo left in the barges, Plaintiff was required to manhandle an excessively heavy pump into positions where it could access the residual cargo. Neither the barges nor the M/V Duke were equipped with a crane to assist in moving the heavy pump into position. The pump was not meant to be hand portable and the design of the walkways and piping on the barges added to the difficulty in moving it around on deck. Defendant failed to use appropriate and properly equipped third-party tank cleaning services readily available and customarily used in the area. While performing this task as instructed, Plaintiff began to feel pain in his lower back and legs from the strenuous work and overexertion. As a result of the occurrence, Plaintiff sustained serious and debilitating injuries to his lower back, among other parts of his body.

9.

To the extent that Plaintiff had any pre-existing injuries or medical condition(s) at the time of the occurrence in question, the same was not disabling, and he would respectfully show that such pre-existing condition, if any, was aggravated by the incident made the basis of this suit to such an extent that it became disabling, bringing about the necessity of medical treatment.

**AND FOR A FIRST CAUSE OF ACTION FOR NEGLIGENCE**

10.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if re-pled in their entirety.

11.

Plaintiff brings this cause of action for negligence against Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., pursuant to the Jones Act, 46 USC §30104, et seq.

12.

On or about May 29, 2022, Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., employed Plaintiff, MIKEL BEE, as a crewmember aboard Defendant's vessel, the M/V DUKE.  At all relevant times, it was feasible for said Defendant to provide to Plaintiff, MIKEL BEE, and Defendant owed to Plaintiff, duties of care to provide, inter alia, a safe place to work.

13.

Plaintiff further contends that on the occasion in question, Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., acting through its officers, agents, servants and/or employees, was careless and negligent in breach of the duty owed to its employee, Plaintiff, MIKEL BEE.

14.

At the time of the occurrence on or about May 29, 2022, Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., was careless and negligent in the following respects:

a. In failing to provide a safe work environment;
b. In failing to provide proper training;
c. In failing to provide proper assistance to the Plaintiff;
d. In failing to provide proper equipment to the Plaintiff;
e. In operating the vessel, its equipment, and gear in an unsafe and improper manner;
f. In failing to maintain and enforce proper safety policies and procedures aboard the vessel; and,
g. Other acts of negligence as proven at time of trial.

15.

On said date, and as a direct and proximate result of the negligent acts of Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., Plaintiff developed severe and debilitating injuries to his lower back, among other parts of his body.  Said occurrence and injuries occurred as a

result of the negligence of Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., its respective agents, servants, and/or employees, acting in the course and scope of their employment or agency.

## AND FOR A SECOND CAUSE OF ACTION FOR VESSEL UNSEAWORTHINESS

16.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if re-pled in their entirety.

17.

Plaintiff brings this cause of action for vessel unseaworthiness against Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., pursuant to the General Maritime Law of the United States.

18.

On or about May 29, 2022, Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., owned, operated, and/or controlled the M/V DUKE.  At all relevant times, Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., owed a duty to furnish a vessel that was seaworthy in all respects and reasonably safe equipment and gear.

19.

At the time of the occurrence in question, dangerous and unseaworthy conditions existed aboard the M/V DUKE.  Plaintiff, MIKEL BEE, thus, was caused to sustain severe injuries. Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., failed to take reasonable and necessary steps to ensure the safety of the vessel's crew. On or about May 29, 2022, Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., was careless and negligent in breaching the above duties of care, and the vessel was unseaworthy in the following particulars:

    a. The vessel had an incompetent Master, pilot, and/or crew;
    b. The vessel lacked proper equipment to safely complete the task at hand;
    c. The vessel lacked proper policies and procedures to safely complete the task at hand; and,
    d. Other unseaworthy conditions as proven at the time of trial.

20.

Said breaches of duty proximately contributed, in whole or in part, to cause Plaintiff to suffer the hereinafter complained of injuries for which Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., is liable to the Plaintiff in damages.

**AND FOR A THIRD CAUSE OF ACTION FOR MAINTENANCE AND CURE**

21.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if re-pled in their entirety.

22.

Plaintiff brings this cause of action for maintenance and cure against Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., pursuant to the General Maritime Law of the United States of America.

23.

As an employee and seaman of Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., Plaintiff, MIKEL BEE, is entitled under the General Maritime Law to the payment of maintenance and cure until he is found fit-for-duty or reaches maximum medical cure.

24.

As of the drafting of this Complaint, Plaintiff remains unfit-for-duty and continues to undergo curative medical treatment for his injuries. Plaintiff continues to incur mileage expenses and medical expenses as a result of the occupational injuries set forth herein, which Defendant is

obligated to pay under cure.

25.

Plaintiff alleges that it was, and still is, the duty of Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., as his employer to furnish him with maintenance and cure and loss of wages.

## DAMAGES

26.

As a direct and proximate result of the occurrence alleged, Plaintiff sustained severe and painful injuries to his body and mind, and shock and injury to his nervous system and person, all of which injuries have caused and continue to cause great physical and emotional pain and suffering. In connection therewith, Plaintiff would show that he has sustained severe pain, physical impairment, discomfort, mental anguish, and distress to date. Plaintiff is informed and believes and alleges that, in all reasonable probability, some or all of said injuries will result in permanent damage, disability, and pain and suffering, causing general damages in an amount to be determined at trial. Moreover, Plaintiff has suffered a loss of earnings in the past, as well as a loss of future earning capacity. Furthermore, he has incurred and will incur pharmaceutical and medical expenses in connection with said injuries. By reason of the foregoing, Plaintiff would show that he has been damaged in a sum, to be determined at trial, far in excess of the minimum jurisdictional limits of this Honorable Court, for which amount he comes now and sues.

27.

By reason of the foregoing premises and as a legal result thereof, Plaintiff has in the past and/or will in the future be caused to suffer the following described injuries and/or losses, for which Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., is liable to Plaintiff:

   a. Reasonable and necessary medical expenses in the past and in the future;
   b. Physical pain and suffering in the past and in the future;
   c. Mental anguish in the past and in the future;
   d. Loss of earning capacity in the past and in the future;
   e. Physical disfigurement in the past and in the future;
   f. Physical impairment in the past and in the future.
   g. All damages allowed under law; and,
   h. Any other relief to which Plaintiff is entitled under law or equity.

All said injuries and damages in an extent, not now precisely known, in excess of $1,000,000.00.

## JURY DEMAND

28.

Plaintiff hereby requests a trial by jury on all issues raised herein.

29.

WHEREFORE, after due proceedings had, Plaintiff, MIKEL BEE, prays that Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., be cited to appear and answer herein in a form and manner prescribed by law, and after jury trial of the merits of this cause, Plaintiff have judgment against Defendant, CAMPBELL TRANSPORTATION COMPANY, INC., INC., in a total sum in excess of the minimum jurisdictional limits of this Court, plus pre-judgment and post-judgment interest at the maximum legal rates, all costs of Court, and all such other and further relief, be it general or special, at law or in equity, to which Plaintiff must show himself justly entitled.

Dated: August 25, 2022

Respectfully submitted,

SCHECHTER, SHAFFER, & HARRIS, L.L.P.

　　　/s/ *Laura B. De La Cruz*　　　
LAURA B. DE LA CRUZ
Louisiana Bar No. 37966
Texas Bar Number: 24095300
MATTHEW D. SHAFFER
Texas Bar No. 18085600
3200 Travis, 3rd Floor
Houston, Texas 77006
Tel: (713) 524-3500
Facsimile: (866) 696-5610
Ldelacruz@smslegal.com
Mshaffer@smslegal.com

-AND-

Bobby J. Delise
Louisiana Bar No. 4847
Jeannette M. Delise
Louisiana Bar No. 38187
DELISE & HALL
5190 Canal Blvd., Suite 103
New Orleans, Louisiana 70124
Telephone: (504) 836-8000
Telecopier: (504) 836-8020
bdelise@divelawyer.com
jdeliselaw@gmail.com

**Counsel for Plaintiff,
MIKEL BEE**

9

**PLEASE SERVE:**

CAMPBELL TRANSPORTATION COMPANY, INC.
Through its registered agent:
C T Corporation System
3867 Plaza Tower Dr.
Baton Rouge, LA 70816